IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES CHRISMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-cv-00774-RDP |
| ) | |
| 31-W INSULATION CO., INC., ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Charles Chrisman and Defendant 31-W Insulation Co., Inc., by and through their counsel of record, hereby stipulate to the dismissal of plaintiff's claims asserted in this case with prejudice, with each party to bear their own expenses, costs and attorneys' fees.

_/s/ Adam M. Porter_
Adam M. Porter

ATTORNEY FOR PLAINTIFF, CHARLES CHRISMAN

OF COUNSEL:
Adam M. Porter, LLC
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
Telephone:    (205) 322-8999
Facsimile:    (205) 402-4619
adam@adamporterlaw.com

_/s/ Matthew Scully_
Ronald S. Williams (WIL379)
Matthew T. Scully (SCU005)
Cayman L. Caven (CAV010)

ATTORNEYS FOR DEFENDANT, 31-W INSULATION CO., INC.

46378681 v1

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone:   (205) 251-3000
Facsimile:   (205) 458-5100
mscully@burr.com
scwilliams@burr.com
ccaven@burr.com